Todd L. Bice, Esq., Bar No. 4534
tlb@pisanellibice.com
Jordan T. Smith, Esq., Bar No. 12097
jts@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, NV  89101
Telephone:  702.214.2100
Facsimile:   702.214.2101
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTINE KOOPMAN,<br><br>                                   Plaintiff,<br>v.<br><br>KOHL'S DEPARTMENT STORES, INC., a foreign corporation, doing business in Nevada,<br><br>                                   Defendant. | Case No.:     2:15-cv-00462- MMD-CWH<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT**<br><br>**(Second Request)** |

Defendant Kohl's Department Stores, Inc. and Plaintiff Christine Koopman, by and through their respective counsel of record, hereby stipulate and agree, pursuant to Local Rules 6-1, 6-2, and 7-1, and subject to this Court's approval, to an extension of time for Defendant to respond to Plaintiff's Complaint.  (Doc. #1.)  The reason for this request is to allow the parties to continue to engage in good faith settlement negotiations.

. . .

. . .

NJ01\InneM\223038.1

1  The parties agree that Defendant shall have up to, and including, June 12, 2015 to respond
2 to the Complaint. This is the parties' second request for an extension of this deadline.

3 Dated this <u>13th</u> day of May, 2015.                    Dated this 13th day of May, 2015.

4 PISANELLI BICE PLLC                                         KAZEROUNI LAW GROUP APC

5 By:     /s/ Jordan T. Smith                              By:     /s/ Danny J. Horen
    Todd L. Bice, Esq., #4534                                    Danny J. Horen, Esq.
6     Jordan T. Smith, Esq., #12097                             7854 W. Sahara Avenue
    400 South 7th Street, Suite 300                              Las Vegas, NV 89117
7     Las Vegas, Nevada 89101                                    *Attorneys for Plaintiff*

8 *Attorneys for Defendant*

9                                   **IT IS SO ORDERED:**

10                                   UNITED STATES DISTRICT JUDGE

11                                   DATED: May 13, 2015

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NJ01\InneM\223038.1