David H. Krieger, Esq.
NV Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 130
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

Danny J. Horen, Esq.
NV Bar No. 13153
Kazerouni Law Group, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Telephone: (800) 400-6808x7
Facsimile: (800) 520-5523
danny@kazlg.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **CHRISTINE KOOPMAN**<br><br>Plaintiff,<br><br>v.<br><br>**KOHL'S DEPARTMENT STORES, INC.**,<br>Defendants. | **Case No.:** 2:15-cv-00462-MMD-CWH<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**<br><br>**[FIRST REQUEST]** |

Plaintiff, CHRISTINE KOOPMAN ("Plaintiff"), and Defendant, KOHL'S DEPARTMENT STORES, INC. ("Defendant"), hereby submit the following Stipulation to Extend Time for Plaintiff to Respond to Defendant's Motion to Dismiss. The current deadline is set for June 29, 2015.

1. Plaintiff's Complaint was filed on March 12, 2015. [Dkt. No. 1]
2. Defendant filed its Motion to Dismiss [Dkt. No. 9] on June 12, 2015.
3. The parties are engaged in good faith settlement discussion. Plaintiff and Defendant have agreed to an extension of time of 14 days, up to and including July 13, 2015 for Plaintiff to respond to Defendant's Motion To Dismiss.
4. This request is not made for purposes of delay, but rather to allow the parties to explore settlement.

The parties therefore respectfully request this Court enter an order granting an extension of time of 14 days, up to and including July 13, 2015, for Plaintiff to respond to Defendant's Motion to Dismiss.

DATED: June 25, 2015

| PISANELLI BICE | KAZEROUNI LAW GROUP, APC |
|---|---|
| /s/ Jordan Smith_____ | /s/ Danny J. Horen_____ |
| Jordan Smith, Esq. | DANNY J. HOREN, ESQ |
| 400 S. 7th St., Ste. 300 | 7854 W. Sahara Avenue |
| Las Vegas, NV 89101 | Las Vegas, NV 89117 |
| JTS@pisanellibice.com | danny@kazlg.com |
| Attorneys for Defendant | Attorneys for Plaintiff |

**IT IS SO ORDERED**:

Plaintiff shall have 14 days, up to and including July 13, 2015, to respond to Defendant's Motion to Dismiss.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: ____June 25, 2015_____